United States Bankruptcy Court
Northern District of Alabama

In re: Case No. 24-80773-CRJ
Kiana Shoulders Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8      User: admin      Page 1 of 3
Date Rcvd: Apr 26, 2024      Form ID: 309A      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kiana Shoulders, 30059 Plantation Park Dr., Harvest, AL 35749 |
| tr | + | Brandon N Smith, 2700 Winchester Rd NE, Suite G, Huntsville, AL 35811-9230 |
| 11342079 | + | Ascension Saint Thomas Rutherford, 1700 Medical Center Pkwy, Murfreesboro, TN 37129-2245 |
| 11342108 | + | Benchmark Physical Therapy, 1642 Memorial Blvd, Murfreesboro, TN 37129-2104 |
| 11342080 | + | Benchmark Rehab Partners, P.O. Box 24013, Chattanooga, TN 37422-4013 |
| 11342089 | + | Katapult, P.O. Box 20019, 4 East 27th St., New York, NY 10001-7720 |
| 11342090 | + | Middle Tennessee Electric, 555 New Salem Hwy, Murfreesboro, TN 37129-3390 |
| 11342100 | | Tate & Kirlin Associates, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 11342103 | + | Uplft/cb, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085-3869 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: john@jlarsenlaw.com | Apr 26 2024 23:35:00 | John C. Larsen, Larsen Law, P.C., 1733 Winchester Rd, Huntsville, AL 35811 |
| tr | + | EDI: BBNSMITH | Apr 27 2024 03:18:00 | Brandon N Smith, 2700 Winchester Rd NE, Suite G, Huntsville, AL 35811-9230 |
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Apr 26 2024 23:38:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 11342078 | + | Email/Text: bankruptcy@acimacredit.com | Apr 26 2024 23:38:00 | Acima Credit, 9815 S. Monroe Street, Sandy, UT 84070-4297 |
| 11342106 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 26 2024 23:36:00 | Apple Card/gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 P.O. Box 7247, Philadelphia, PA 19170-6112 |
| 11342081 | ^ | MEBN | Apr 26 2024 23:32:32 | Bread Financial, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 11342082 | + | EDI: CAPITALONE.COM | Apr 27 2024 03:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 11342083 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 26 2024 23:36:00 | CashNet USA, 175 W Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 11342085 | | Email/Text: bankruptcy@frost-arnett.com | Apr 26 2024 23:36:00 | Frost-Arnett, PO Box 198988, Nashville, TN 37219-8988 |
| 11342092 | | Email/Text: bankruptcy@frost-arnett.com | Apr 26 2024 23:36:00 | Nashville Adjustment Bureau, PO Box 198988, Nashville, TN 37219-8988 |
| 11342084 | + | Email/Text: bankruptcies@foxcollection.com | Apr 26 2024 23:37:00 | Fox Collection Center, Attn: Bankruptcy, 454 Moss Trail, Goodlettsvile, TN 37072-2029 |
| 11342086 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 26 2024 23:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 11342087 | + | Email/Text: bankruptcy@af247.com | Apr 26 2024 23:38:00 | Harpeth Financial Services, LLC, 2706 Old Fort Parkway, Murfreesboro, TN 37128-4252 |
| 11342088 | + | Email/Text: pa.customerservice@hhsys.org | Apr 26 2024 23:38:00 | Huntsville Hospital, 101 Sivley Rd, Huntsville, AL 35801-4470 |
| 11342077 | | EDI: JPMORGANCHASE | Apr 27 2024 03:18:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 11342107 | | Email/Text: bk@gammonslaw.com | Apr 26 2024 23:36:00 | Barry J. Gammons, P.O. Box 330610, Nashville, TN 37203 |
| 11342091 | | Email/Text: EBN@Mohela.com | Apr 26 2024 23:36:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 11342094 | | Email/Text: Bankruptcy@nacscom.com | Apr 26 2024 23:36:00 | North American Credit Services, P.O. Box 182221, Chattanooga, TN 37422-7221 |
| 11342093 | + | EDI: NFCU.COM | Apr 27 2024 03:18:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 11342095 | | Email/Text: ecfbankruptcy@progleasing.com | Apr 26 2024 23:38:00 | Progressive Leasing, 10619 S Jordan Gateway, Suite 100, South Jordan, UT 84095 |
| 11342097 | + | Email/Text: Bankruptcy@redfcu.org | Apr 26 2024 23:37:00 | Redstone Federal Credit Union, Attn: Bankruptcy, 220 Wynn Drive Nw, Huntsville, AL 35893-0001 |
| 11342096 | + | Email/Text: Bankruptcy@redfcu.org | Apr 26 2024 23:37:00 | Redstone Federal Credit Union, Attn: Bankruptcy Dept, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 11342109 | + | Email/Text: bkinfo@ccfi.com | Apr 26 2024 23:37:00 | Speedy Cash, 1698 Memorial Blvd, Murfreesboro, TN 37129-2104 |
| 11342098 | + | Email/Text: bkinfo@ccfi.com | Apr 26 2024 23:37:00 | Speedy Cash, Attn: Bankruptcy, P.O. Box 780408, Wichita, KS 67278-0408 |
| 11342099 | | EDI: SYNC | Apr 27 2024 03:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11342101 | + | Email/Text: sheila@tnquickcash.com | Apr 26 2024 23:37:00 | Tennessee Quick Cash Inc, 5302 Mt. View Rd., Antioch, TN 37013-7317 |
| 11342102 | + | Email/Text: accountservicing@trueaccord.com | Apr 26 2024 23:36:00 | True Accord, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 11342104 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 26 2024 23:36:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 11342105 | + | EDI: COMCASTCBLCENT | Apr 27 2024 03:18:00 | X Finity, P.O. Box 2127, Norcross, GA 30091-2127 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024  Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kiana Shoulders<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6948<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | NORTHERN DISTRICT OF ALABAMA | Date case filed for chapter: | 7   4/25/24 |
| Case number: | 24–80773–CRJ7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kiana Shoulders | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 30059 Plantation Park Dr.<br>Harvest, AL 35749 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br>Email: john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Brandon N Smith<br>2700 Winchester Rd NE<br>Suite G<br>Huntsville, AL 35811 | Contact phone 256–533–5097 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 | Hours open: 8:00 a.m. – 4:00 p.m.<br>Monday–Friday<br>Contact phone 256–584–7900<br>Date: 4/26/24 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2024 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. DO NOT COME TO THE COURTHOUSE. This meeting will take place by telephone only until further notice. At least five minutes prior to the start of the meeting, dial the telephone number and enter the access code. There is no security code. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible from a quiet location. Do not use a speaker function or place the call on hold. Debtor(s) is encouraged to contact your attorney prior to the meeting for more information. | **Telephone Conference:** **571–353–2301** **Meeting ID:** **451580772#** |
| **8.** **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/22/24** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**